IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| FEDERAL PACIFIC CREDIT COMPANY, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>M&J RECOVERY, LLC, REBECCA GALLAGHER, CAROLYN S. AUDINO, DOES 1-10, and DOES 11-15,<br><br>          Defendants. | ORDER<br><br>AND<br><br>MEMORANDUM DECISION<br><br>Case No. 2:06-CV-00884 TC |

      On June 27, 2007, Plaintiff Federal Pacific Credit Company filed a motion for default judgment against Defendant Carolyn S. Audino on the grounds that she failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  But Ms. Audino filed a pro se answer on February 15, 2007.  Accordingly, Federal Pacific Credit Company's motion (dkt. # 6) is DENIED.

      SO ORDERED this 16th day of August, 2007.

                              BY THE COURT:

                              *Tena Campbell*

                              TENA CAMPBELL<br>                              Chief Judge